UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIRIUS AMERICA INSURANCE COMPANY, et al.,

        Plaintiffs,

     v.

YOUNG'S CAPITAL COMPANY, LLC, et al.,

        Defendants.

CASE NO. C05-338JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received the parties' stipulation to continue certain case management deadlines (Dkt. # 44). The court DENIES the stipulation. If the parties wish to enter a new stipulation to continue case management deadlines, they must do so in compliance with this order.

    The court enters orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes. That schedule generally provides approximately 90 days between the deadline for filing dispositive motions and the trial date. With dispositive motions due 90 days before trial, they will generally be ripe for consideration one month later. See Local Rules W.D. Wash. CR 7(d)(3). The court's calendar generally permits it to enter a decision on dispositive motions within 30 days. See Local

MINUTE ORDER – 1

Rules W.D. Wash. CR 7(b)(5). In order to permit the parties to consider the court's decision on dispositive motions and plan for trial or an alternative resolution, the court generally requires at least 30 days between the court's decision and the trial date. For these reasons, the court will rarely set the deadline for dispositive motions less than 90 days before the trial date.

The court will deny any stipulation that does not provide a compelling reason to abandon these case management principles. Thus, if the parties seek to modify case management deadlines in a manner inconsistent with this order, they must provide the court with a compelling reason for doing so. If appropriate, the parties may consent to a shortened schedule for briefing dispositive motions, but they must explicitly state the shortened schedule in their stipulation.

When entering a stipulation to change a case management deadline, the parties must explicitly state the effect that the change will have on all subsequent case management deadlines, if any. The stipulation must expressly request a specific new date for each subsequent deadline.

On a separate issue, the court notes that the parties have indicated that their previous amendment to the complaint will not delay discovery or other pretrial proceedings. For that reason, the court grants Plaintiffs leave to file their amended complaint.

Filed and entered this 17th day of February, 2006.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2