UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIRIUS AMERICA INSURANCE COMPANY, et al., | |
| Plaintiffs, | CASE NO. C05-338JLR |
| v. | MINUTE ORDER |
| YOUNG'S CAPITAL COMPANY, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Pursuant to the stipulation filed by the parties on May 8, 2006 (Dkt. # 87), Defendant Young's Capital Company, LLC's bad faith and Consumer Protection Act claims are dismissed with prejudice.

Filed and entered this 8th day of May, 2006.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER